UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00230-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARL LEE FERRELL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's "Motion of the United States for Alternative Victim Notification Procedures." Review of the substance of the motion, which is a Response to defendant's Motion to Continue, reveals that it does not match the caption, which is that of an unrelated motion. The motion will, therefore be denied.

As to the substance of the Response, the government states that the case agent will not be available during the next term and asks that the case not be scheduled during that period. While the court may be able to accommodate that need, cases are continued from term-to-term to comply with the Speedy Trial Act and the appropriate method of seeking removal of this case from the May calendar – if it is continued to that term -- would be to file a Motion to Continue from the May term citing the appropriate provision of the Speedy Trial Act and reflecting consultation with opposing counsel. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that the government's "Motion of the United States for Alternative Victim Notification Procedures" (#19) is DENIED without prejudice.

Signed: March 16, 2017

Max O. Cogburn Jr.
United States District Judge