UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-230-MOC-DSC-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CARL LEE FERRELL, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion following receipt of Defendant's "Motion for Time Consideration to Grant Defendant Leave to File," (Doc. No. 51). Defendant was convicted in this Court of using a wire fraud scheme to defraud investors. This Court entered judgment against Defendant on April 6, 2018, and Defendant did not appeal. Thus, if Defendant were to file a Section 2555 motion to vacate at this time, it would clearly be time-barred. In his motion, Defendant states that his counsel did not properly consult with him over his right to file an appeal in this matter. Defendant appears to suggest that the Court should allow Defendant to file a Notice of Appeal and that an amended judgment should be entered. The Court hereby orders the Government to respond to Defendant's motion.

**IT IS HEREBY ORDERED** that the Government shall have twenty days from entry of this Order in which to respond to the assertions made in Defendant's motion.

Signed: December 12, 2019

Max O. Cogburn Jr.
United States District Judge